**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHIGAN GLASS AND GLAZING INDUSTRY
DEFINED CONTRIBUTION PENSION PLAN, et
al.,

       Plaintiffs,

v.                                             Case No. 06-13087

YPSILANTI ACME GLASS AND PAINT
COMPANY, d/b/a ACME GLASS & PAINT
COMPANY, d/b/a MICHIGAN GLASS
COMPANY,

       Defendant.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER TO SEIZE PROPERTY**

Before the court is Plaintiffs' motion for order to seize property, filed on January 15, 2009. The deadline for filing a response to the motion has passed, and Defendant has filed no opposition brief. *See* E.D. Mich. LR 7.1.

The court has reviewed the unopposed motion and finds that the requested relief is appropriate. Federal Rule of Civil Procedure 64 provides that this court may, in accord with state law, order a seizure of property to satisfy a judgment. Fed. R. Civ. P. 64(a). Therefore, pursuant to Rule 64 and the February 21, 2008 Amended Judgment of February 21, 2008 in this case,

IT IS ORDERED that Plaintiffs' motion for order to seize property [Dkt. # 127] is GRANTED. A separate order to seize property will issue.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 9, 2009, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522