UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN GLASS AND GLAZING INDUSTRY
DEFINED CONTRIBUTION PENSION PLAN,
*et al*,

    Plaintiffs,

v

YPSILANTI ACME GLASS AND PAINT
COMPANY, d/b/a ACME GLASS & PAINT
COMPANY, d/b/a MICHIGAN GLASS COMPANY,

    Defendant.
_____/

Case No. 06-CV-13087

Hon. Robert J. Cleland

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Elyse McDonald ("McDonald")**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that McDonald, as president of Ypsilanti Acme Glass and Paint Company, d/b/a Acme Glass & Paint Company, d/b/a Michigan Glass Company ("Defendant"), whose address is 93 Emerick, Ypsilanati, Michigan 48198, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **May 18, 2009 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Amended Judgment entered herein against Defendant on February 21, 2008.

IT IS FURTHER ORDERED that said person shall bring with her the following books, records, and papers in her possession, custody or control as they relate to Defendant Ypsilanti Acme Glass and Paint Company, d/b/a Acme Glass & Paint Company, d/b/a Michigan Glass Company for the period from and after the date of the first examination of judgment debtor, specifically from and after January 1, 2009 to the current date:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant has, or has had, any interest;

2. All accounts receivable ledgers;

3. Copies of all profit and loss statements and balance sheets relating to the affairs of Defendant prepared by, or on behalf of, said Defendant;

4. All titles to vehicles; and

5. Copies of all bills of sale regarding the sale of any assets or property of Defendant.

    S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 1, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522